UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**No. 24-13351-G**

---

IN RE PALAFOX MARINA HURRICANE SALLY LITIGATION

JAMES ROY TUCKER, *et al.*,

*Appellants*,

v.

MARINA MANAGEMENT CORP., *et al.*,

*Appellees*.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
No. 20-CV-5943-TKW-MJF

---

# STIPULATED DISMISSAL AGREEMENT

---


Edward P. Fleming, FBN 615927
flemingservice@pensacolalaw.com
Matthew A. Bush, FBN 58312
mabush@pensacolalaw.com
McDonald Fleming
719 S. Palafox St.
Pensacola, FL 32502
Telephone: (850) 202-8531
Facsimile: (850) 477-4510

*Counsel for Appellee Marina Management Corp.*

Jack R. Reiter, FBN 0028304
jack.reiter@gray-robinson.com
Robert C. Weill, FBN 0009962
robert.weill@gray-robinson.com
GrayRobinson, P.A.
333 SE Second Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880;
Facsimile: (305) 416-6887

*Counsel for Appellants*

Appellants and Appellee Marina Management Corp., pursuant to Fed. R. App. P. 42(b)(1) and 11th Cir. R. 42-1(a), hereby file this Stipulated Dismissal Agreement, and state that following court-ordered mediation, Appellant and Appellees have amicably resolved this case through a monetary settlement with each party to bear their own fees and costs. The parties do not currently owe any court fees.

WHEREFORE, the parties respectfully request that this Court enter an order dismissing this appeal.

Respectfully Submitted,

/s/ Jack R. Reiter

Jack R. Reiter, FBN 0028304
jack.reiter@gray-robinson.com
Robert C. Weill, FBN 0009962
robert.weill@gray-robinson.com
GrayRobinson, P.A.
333 SE 2nd Avenue, Ste. 3200
Miami, FL 33131
T: (305) 416-6880; F: (305) 416-6887

*Counsel for Appellants*

- and -

Edward P. Fleming, FBN 615927
flemingservice@pensacolalaw.com
Matthew A. Bush, FBN 58312
mabush@pensacolalaw.com
McDonald Fleming
719 S. Palafox St.
Pensacola, FL 32502
T: (850) 202-8531; F: (850) 477-4510

*Counsel for Appellee Marina Management Corp.*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 76 words.

2. This document complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1)(E) because: this document has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Times New Roman font.

/s/ Jack R. Reiter
Counsel for Appellants
Dated: September 30, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulated Dismissal Agreement was filed with the Clerk of Court using the CM/ECF system this 30th day of September 2026, which will serve a copy on all counsel of record.

/s/ Jack R. Reiter